THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THERESA PIERCE, Appellant. [873 NYS2d 230]—Appeal from an order of the Cattaraugus County Court (Larry M. Himelein, J.), entered November 19, 2007. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Fahey, Green, Pine and Gorski, JJ.